UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00459-TPB-MRM

JHON JAIRO URREGO CASALLAS, )
)
    Petitioner, )
)
v. )
)
LAURA MILENA LOPEZ FARIAS, )
)
    Respondent. )
_____)

**VOLUNTARY RETURN ORDER DIRECTING
RETURN OF MINOR CHILD TO COLOMBIA**

Before the Court is the Stipulation and Joint Motion for Entry of Voluntary Return Order directing Return of Minor Child to Colombia. [D.E. 25]. In the Stipulation, the parties, Petitioner, Jhon Jairo Urrego Casallas, and Respondent, Laura Milena Lopez Farias, indicate that their minor child, N.U.L., should be returned to Colombia and Petitioner's care on or before September 1, 2023. *See id.* at ¶¶ 6-7. Having reviewed the Motion and the Verified Petition for Return of Child to Colombia[1] [D.E. 1],

    IT IS HEREBY ORDERED THAT:

---

[1] The Petition was filed pursuant to the Convention on the Civil Aspects of International Child Abduction ("Hague Convention" and the International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq* ("ICARA").

1. The Stipulation is approved and the Joint Motion for Entry of Voluntary Return Order Directing Return of Minor Child to Colombia [D.E. 24] is granted.

2. The minor child, N.U.L., shall return to her habitual residence of Colombia and the care of Petitioner.

3. Petitioner shall arrange and pay for all travel expenses associated with N.U.L.'s travel to Colombia.

4. N.U.L. will return with Petitioner to Colombia on or before September 1, 2023.

5. Upon Petitioner's confirmation of N.U.L.'s return to Colombia, Petitioner's counsel shall file notice in this Court that N.U.L. has been returned to her country of habitual residence.

6. Upon submission of the aforementioned notice, Petitioner shall dismiss this action.

7. By agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, necessary expenses, and costs associated with this matter, and Petitioner waives any and all claims against Respondent under the Hague Convention and/or ICARA for necessary expenses and attorney's fees.

8. This Order does not determine the merits of any custody issues within the meaning of Article 19 of the Hague Convention as raised in the petition. This Voluntary Return Order is made under the authority of 22 U.S.C. § 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 7 of the 1980 Hague Convention.


DONE AND ORDERED in Tampa, Florida on _____June 20_____, 2023.

*[signature]*

Thomas P. Barber
United States District Judge

Copies furnished to:

All Parties of Record including unrepresented parties